## DANIEL LUCE *v.* UNITED TECHNOLOGIES CORPORATION/PRATT AND WHITNEY AIRCRAFT DIVISION ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 47 Conn. App. 909 (AC 16725), is granted, limited to the following issue:

"Whether, under the circumstances of this case, the Appellate Court properly excluded from the calculation of the workers' compensation weekly benefit rate the value of the following forms of remuneration: medical, dental, life, accident/death and dismemberment and disability insurances; pension benefits; vacation and sick pay?"

The Supreme Court docket number is SC 15839.

*Francis X. Drapeau,* in support of the petition.

*Michael J. McAuliffe,* in opposition.